JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
EMILY A. REITMEIER (SBN 305512)
Emily.Reitmeier@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

*Attorneys for Defendants*
MAPLE BEACH VENTURES LLC (NEVADA),
MAPLE BEACH VENTURES ONE, LLC (WYOMING), AND
MAPLE BEACH VENTURES ONE, LLC (DELAWARE)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York, | CASE NO.: 3:21-mc-80013-JCS |
| Plaintiff, | **DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |
| v. | |
| MAPLE BEACH VENTURES LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company, | |
| Defendants. | |

DEFS.' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND  Case No. 3:21-mc-80013-JCS
CORPORATE DISCLOSURE STATEMENT

Defendant Maple Beach Ventures LLC, a Nevada limited liability company ("MBV"), Defendant Maple Beach Ventures One, LLC, a Wyoming limited liability company ("MBVO WY"), and Defendant Maple Beach Ventures One, LLC, a Delaware limited liability company ("MBVO DE") (each a "Defendant" and jointly "Defendants"), disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record certifies that currently there is no parent corporation of any of the Defendants or publicly held corporation that is the beneficial owner of more than ten percent (10%) of MBV's, MBVO WY's or MBVO DE's common stock.

DATED: February 1, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     */s/ Jack P. DiCanio*
JACK P. DICANIO
*Attorneys for Defendants*
MAPLE BEACH VENTURES, LLC (NEVADA),
MAPLE BEACH VENTURES ONE, LLC (WYOMING), AND
MAPLE BEACH VENTURES ONE, LLC (DELAWARE)