# Exhibit B

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

| | |
|---|---|
| 1 | KERRY GARVIS WRIGHT - State Bar No. 206320 |
| | kgarviswright@glaserweil.com |
| 2 | THOMAS P. BURKE JR. - State Bar No. 288261 |
| | tburke@glaserweil.com |
| 3 | GLASER WEIL FINK HOWARD |
| |   AVCHEN & SHAPIRO LLP |
| 4 | 10250 Constellation Boulevard, 19th Floor |
| | Los Angeles, California 90067 |
| 5 | Telephone:  (310) 553-3000 |
| | Facsimile:   (310) 556-2920 |

Attorneys for Petitioner
Marcy Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY SIMON, an individual residing in New York, | CASE NO.: 3:21-mc-80013 |
| Petitioner, | **DECLARATION OF KERRY GARVIS WRIGHT IN SUPPORT OF PETITIONER MARCY SIMON'S NOTICE OF PETITION AND PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT** |
| v. | |
| MAPLE BEACH VENTURES, LLC, a Nevada limited liability company; MAPLE BEACH VENTURES ONE, LLC, a Wyoming limited liability company; and MAPLE BEACH VENTURES ONE, LLC, a Delaware limited liability company, | [9 U.S.C. § 9 (Federal Arbitration Act)] |
| | DATE:            TBD |
| | TIME:            TBD |
| | COURTROOM:  TBD |
| Respondents. | |

1

# DECLARATION OF KERRY GARVIS WRIGHT

I, KERRY GARVIS WRIGHT, declare as follows:

1. I am an attorney at law duly licensed to practice before the Northern District of California and all courts of the State of California and am a partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record for Petitioner Marcy Simon. I make this declaration in support of Ms. Simon's Petition to Confirm Arbitration Award and for Entry of Judgment. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Final Award dated January 13, 2021, issued in *Marcy Simon v. Maple Beach Ventures, LLC, et al.*, JAMS Reference No. 1100105449.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Consulting Agreement dated September 19, 2014, by and between Marcy Simon and Maple Beach Ventures, LLC.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Settlement Agreement and Mutual Release dated September 19, 2014, by and between Marcy Simon and ███████.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Non-Disclosure Agreement dated September 19, 2014, by and between Marcy Simon and ███████.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Amendment No. 1 dated October 10, 2016, by and between Marcy Simon, ███████, and Maple Beach Ventures, LLC.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Limited Liability Company Agreement of Maple Beach Ventures One, LLC, a Delaware limited liability company.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Global Assignment Agreement dated January 1, 2018, by and between Derek Rundell; Maple Beach Ventures, LLC; Maple Beach Ventures One, LLC; and ███████.

1     I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 19, 2021 at Los Angeles, California.



KERRY GARVIS WRIGHT

---

3

**DECLARATION OF KERRY GARVIS WRIGHT
IN SUPPORT OF PETITION TO CONFIRM**　　　　　　　　　　**CASE NO. 3:21-mc-80013**

1952944