UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCY SIMON,

    Plaintiff,

    v.

MAPLE BEACH VENTURES LLC, et al.,

    Defendants.

Case No. 21-cv-01005-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted plaintiff's motion to confirm arbitration award,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendants in conformity with the Final Arbitration Award.

**IT IS SO ORDERED.**

Dated: March 12, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge