UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY SIMON,<br>　　　　Plaintiff,<br>　　v.<br>MAPLE BEACH VENTURES LLC, et al.,<br>　　　　Defendants. | Case No. 21-cv-01005-PJH<br><br>**ORDER TO SHOW CAUSE RE: PROPOSED AMENDED JUDGMENT**<br>Re: Dkt. No. 31 |

On March 12, 2021, this court granted plaintiff's petition to confirm an arbitration award and entered judgment in plaintiff's favor. Dkt. 27 & 28. On April 2, 2021, Plaintiff filed a proposed amended judgment. Dkt. 31. Despite the requirements of Federal Rule of Civil Procedure 59(e), the proposed amended judgment is not accompanied by a motion or any other supporting papers.

The court hereby orders plaintiff to show cause why the proposed amended judgment should not be terminated because no motion was filed in support. Plaintiff's response is due on or before May 19, 2021. Should defendants need to respond, they may do so on or before May 26, 2021.

The proposed amended judgment is currently "locked" on the docket, limiting public access. The court is unlikely to enter a final judgment under seal given the public's constitutional right to access court files. Plaintiff should seriously consider whether an amended judgment is necessary and explain why in her response to the OSC.

//

//

**IT IS SO ORDERED.**

Dated: May 12, 2021

                                           /s/ Phyllis J. Hamilton
                                           PHYLLIS J. HAMILTON
                                           United States District Judge