UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCY SIMON,
    Plaintiff,

v.

MAPLE BEACH VENTURES LLC, et al.,
    Defendants.

Case No. 21-cv-01005-PJH

**ORDER**

Re: Dkt. No. 31

The court entered judgment in this case on March 12, 2021. Dkt. 28. Plaintiff filed a proposed amended judgment and asked the clerk of court to limit public access on April 2, 2021. Dkt. 31. The court ordered plaintiff to show cause why the proposed amended judgment should not be terminated because no motion was filed in support. Dkt. 37. Both plaintiff and defendant responded, informing the court that the proposed amended judgment is now unnecessary and requesting that the court remove the document from the docket because it contains information that the court previously sealed. Dkt. 38 & 39.

For these reasons, and good cause appearing, the court instructs the clerk of court to remove the document associated with docket entry number 31 in the above-captioned case.

**IT IS SO ORDERED.**

Dated: May 27, 2021

                */s/ Phyllis J. Hamilton*
                PHYLLIS J. HAMILTON
                United States District Judge